**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Elite Home Products, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FDBA  Elite Home Distribution | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 22-3561071 | |

4.   **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 95 Mayhill Street<br>Saddle Brook, NJ 07663<br><u>Number, Street, City, State & ZIP Code</u> | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Bergen<br><u>County</u> | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.   **Debtor's website** (URL)   _____

6.   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Elite Home Products, Inc.                                    Case number (*if known*) _____
          _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____3399____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | Elite Home Products, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

| Debtor | Elite Home Products, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000        ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    Elite Home Products, Inc.                                    Case number (*if known*) _____
        Name

███████  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 24, 2022
               MM / DD / YYYY

**X** /s/ Scott R. Perretz                                    Scott R. Perretz
Signature of authorized representative of debtor              Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Daniel M. Stolz                          Date    March 24, 2022
Signature of attorney for debtor                           MM / DD / YYYY

Daniel M. Stolz
Printed name

GENOVA BURNS LLC
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone    (973) 467-2700        Email address    dstolz@genovaburns.com

028461980 NJ
Bar number and State

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)
**GENOVA BURNS LLC**
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
*Counsel for Elite Home Products, Inc.*
**DANIEL M. STOLZ**
**SCOTT S. REVER**
**GREGORY S. KINOIAN**

In Re:

**ELITE HOME PRODUCTS, INC.,**

Debtor.

Case No.:  22-

Judge: Honorable

Chapter: 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, SCOTT PERRETZ, declare under penalty of perjury, that I am the sole officer, director and majority shareholder (of two shareholders) of Elite Home Products, Inc., a New Jersey corporation formed on January 12, 1998, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on March 18, 2022.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

"Be It Therefore Resolved, that I, Scott Perretz, as the sole officer and director of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

"Be It Further Resolved, that I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

"Be It Further Resolved, I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Corporation in such bankruptcy case as lead counsel to the Debtor; and

"Be It Further Resolved, I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to employ the law firm of WINNE, BANTA,

16390665v1 (25043.002)

BASRALIAN & KAHN, P.C. to represent the Corporation in such bankruptcy case as special counsel to the Debtor to handle corporate and transactional matters with regard to any prospective sale of the Debtor's assets in such bankruptcy case; and

"Be It Further Resolved, I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to employ the firm of GETZLER HENRICH & ASSOCIATES, LLC to be financial advisor to the Corporation in such bankruptcy case; and

"Be It Further Resolved, I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to employ the firm of SAX LLP to be accountants to the Corporation in such bankruptcy case."

Date:  March 24, 2022          Signed: _____

                                    SCOTT PERRETZ, Sole Officer and Director

Resolution of Board of Directors of
ELITE HOME PRODUCTS, INC.

Be It Therefore Resolved, that I, Scott Perretz, as the sole officer and director of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Corporation in such bankruptcy case as lead counsel to the Debtor; and

Be It Further Resolved, I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to employ the law firm of WINNE, BANTA, BASRALIAN & KAHN, P.C. to represent the Corporation in such bankruptcy case as special counsel to the Debtor to handle corporate and transactional matters with regard to any prospective sale of the Debtor's assets in such bankruptcy case; and

Be It Further Resolved, I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to employ the firm of GETZLER HENRICH & ASSOCIATES, LLC to be financial advisor to the Corporation in such bankruptcy case; and

Be It Further Resolved, I, Scott Perretz, as the sole officer and director of this Corporation is authorized and directed to employ the firm of SAX LLP to be accountants to the Corporation in such bankruptcy case.

Date: March 24, 2022        Signed: _____
                                    SCOTT PERRETZ, Sole Officer and Director

16390665v1 (25043.002)

**Fill in this information to identify the case:**

Debtor name    Elite Home Products, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 24, 2022      **X** /s/ Scott R. Perretz
                                             Signature of individual signing on behalf of debtor

                                             Scott R. Perretz
                                             Printed name

                                             President
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Elite Home Products, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Creditors Adjustment Bureau 14226 Ventura Blvd. Sherman Oaks, CA 91423 | | | | | | $1,808,333.31 |
| Ramesh Textiles India Pvt Ltd. 48 Mt Cloth Market Indore, INDIA 452002 | | Trade debt | | | | $1,179,818.86 |
| Alok Industries Limited Pennisula Bls. Pkl, Tower B Lower Parel Mumbai, INDIA 400013 | | Trade debt | | | | $1,083,520.25 |
| Valiant Glass Works Pvt. Ltd. 384/MDhabolkar Wadi 5th Floor, Kalbadevi Rd. Mumbai INDIA | | Trade debt | | | | $609,661.86 |
| Texgulf FZE Amenity Centre, Tower 2, Unit 3A, 3rd Fl Al Jazeera/Al Hamra Ras Al Khaimah, ARE | | Trade debt | | | | $597,404.85 |
| Creative Textile Mills Pvt Ltd 203 Cama Industrial Estate Sun Mill Compound, Lower Parel (W) Mumbai, INDIA 400013 | | Trade debt | | | | $348,346.70 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Elite Home Products, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Macy's 7 West Seventh St. Cincinnati, OH 45202 | | potential claim | | | | $320,000.00 |
| Quartz Logistics NY Inc. 182-16 149th Road Suite M Jamaica, NY 11413 | | Business Debt | | | | $263,245.00 |
| Nantong Rosydream Home Textile Co. Ltd. Bldg. 1, Yinheh Yuayuan, Junta Street Tong Zhou Nantong, CHINA | | Trade debt | | | | $245,122.06 |
| Shaoxing County Keqiao North Industry Zone 601 # Shuguang Rd, Nanchang Town, Shaoxing, Zhejiang CHINA 312000 | | Trade debt | | | | $204,062.50 |
| Mayhill Street Realty Co., LLC c/o Winter 19 Management Corp. 680 Fifth Ave., 23rd Fl. New York, NY 10019 | | past due rent | | | | $154,346.00 |
| Homespun Global LLC 4000 Bordentown Ave Sayreville, NJ 08872 | | Trade debt | | | | $153,549.90 |
| Beyond Shipping Co., Inc. 10 Cutter Mill Road Suite 201 Great Neck, NY 11021 | | Business Debt | | | | $100,380.00 |
| Ambrosia Textiles 5, Sector 25 Part-2 Hunda Panipat INDIA 132103 | | Trade debt | | | | $85,462.80 |
| Translink Headquarters 15020 Bothell Way N.E. Suite 100 Seattle, WA 98155 | | Business Debt | | | | $63,462.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Elite Home Products, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PIRS Capital 40 Exchange Place New York, NY 10005 | | Business Debt | | | | $53,633.70 |
| Vitality Staffing Solutions, LLC PO Box 823461 Philadelphia, PA 19182-3461 | | Business Debt | | | | $52,317.00 |
| Sam's Club 702 SW 8th St. Bentonville, AR 72716 | | potential claim | | | | $48,900.00 |
| U.S. Customs & Border Protection PO Box 979126 Saint Louis, MO 63197-9000 | | Business Debt | | | | $37,468.35 |
| Bell Container Corp. 615 Ferry St PO Box 5728 Newark, NJ 07105 | | | | | | $23,189.02 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name __Elite Home Products, Inc.__ |
| United States Bankruptcy Court for the:   __DISTRICT OF NEW JERSEY__ |
| Case number (if known)   _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 **12/15**

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $ _____0.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $ _____6,314,175.76_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $ _____6,314,175.76_

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____2,617,022.00_

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$ _____8,487,615.43_

4.   Total liabilities ...........................................................................................................................
    Lines 2 + 3a + 3b

| $ | 11,104,637.43 |
| --- | --- |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Elite Home Products, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | M&T Bank | Checking | 6869 | $0.00 |
| 3.2. | PNC Bank | credit card processing account | 3045 | $6,674.32 |

**4.   Other cash equivalents** *(Identify all)*

**5.   Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $6,674.32 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.   Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security deposit with landlord | $71,282.00 |
|---|---|---|

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Elite Home Products, Inc.                                    Case number *(If known)*  _____
_____
          Name

9.      **Total of Part 2.**                                                          | $71,282.00 |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:         2,977,638.00      -            0.00   = ....        $2,977,638.00
                                    _____         _____                _____
                                    face amount               doubtful or uncollectible accounts

        11b. Over 90 days old:            183,785.44       -            0.00   =....         $183,785.44
                                    _____         _____                _____
                                    face amount               doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                         | $3,161,423.44 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** finished products | | $2,746,599.77 | | $2,600,000.00 |
| 22.   **Other inventory or supplies** | | | | |

23.     **Total of Part 5.**                                                         | $2,600,000.00 |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
                                       Valuation method _____    Current Value _____

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | Elite Home Products, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes. Book value _____          _____          _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** office equipment, computer equipment, software, and other fixed assets: depreciation amount $663,369 | $835,065.00 | N/A | $171,696.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $171,696.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Elite Home Products, Inc. | Case number *(If known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.elitehomeproducts.com Settle In capitalized cost of website | $0.00 | | $185,650.00 |
| 62.  **Licenses, franchises, and royalties** Apprise Software License | $0.00 | | $117,450.00 |
| 63.  **Customer lists, mailing lists, or other compilations** list of customers | $0.00 | | $0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$303,100.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Elite Home Products, Inc. | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,674.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $71,282.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,161,423.44 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,600,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $171,696.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $303,100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,314,175.76 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,314,175.76 |

**Fill in this information to identify the case:**

Debtor name ___ Elite Home Products, Inc. ___

United States Bankruptcy Court for the: ___ DISTRICT OF NEW JERSEY ___

Case number (if known) ___

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | M&T Bank | | |
|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | $2,617,022.00 | $5,577,648.00 |
|---|---|---|---|---|

Creditor's Name

1 Light Street
26th Floor
Baltimore, MD 21202

finished goods and accounts receivable

Creditor's mailing address

**Describe the lien**

Securty interest

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,617,022.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Carol Ann Slocum, Esq. Klehr Harrison Harvey Branzburg LLP 10000 Lincoln Dr. East, Suite 201 Marlton, NJ 08053 | Line  2.1 | |
| M&T Bank Park 80 West Plaza II Saddle Brook, NJ 07663 | Line  2.1 | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor      Elite Home Products, Inc.                                          Case number (if known)
                Name

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Elite Home Products, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For Noticing & Precautionary Purposes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation**
**CN 249**
**Trenton, NJ 08625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For Noticing & Precautionary Purposes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Elite Home Products, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083,520.25 |
|---|---|---|
| Alok Industries Limited<br>Pennisula Bls. Pkl, Tower B<br>Lower Parel<br>Mumbai, INDIA<br>400013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,462.80 |
|---|---|---|
| Ambrosia Textiles<br>5, Sector 25 Part-2<br>Hunda<br>Panipat INDIA<br>132103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,967.19 |
|---|---|---|
| Apprise Software, Inc.<br>PO Box 743722<br>Atlanta, GA 30374-3722 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,189.02 |
|---|---|---|
| Bell Container Corp.<br>615 Ferry St<br>PO Box 5728<br>Newark, NJ 07105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,380.00 |
|---|---|---|
| Beyond Shipping Co., Inc.<br>10 Cutter Mill Road<br>Suite 201<br>Great Neck, NY 11021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Commerce Canal LLC<br>21 India St.<br>Brooklyn, NY 11222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** For Noticing Purposes Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $348,346.70 |
|---|---|---|
| Creative Textile Mills Pvt Ltd<br>203 Cama Industrial Estate<br>Sun Mill Compound, Lower Parel (W)<br>Mumbai, INDIA<br>400013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Elite Home Products, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,808,333.31 |
|---|---|---|---|

Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,639.13 |
|---|---|---|---|

Geodis USA, Inc.
62216 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,700.00 |
|---|---|---|---|

Giant Packaging, Inc.
11 West Passaic St.
Rochelle Park, NJ 07662

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $266.56 |
|---|---|---|---|

Heritage Pest Control, Inc.
210 W. Parkway, Unit 6
Pompton Plains, NJ 07444

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $153,549.90 |
|---|---|---|---|

Homespun Global LLC
4000 Bordentown Ave
Sayreville, NJ 08872

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,462.00 |
|---|---|---|---|

M&T Bank
1 Light Street
26th Floor
Baltimore, MD 21202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _PPP Loan_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $320,000.00 |
|---|---|---|---|

Macy's
7 West Seventh St.
Cincinnati, OH 45202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _potential claim_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Elite Home Products, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Marine Container Service<br>414 Avenue P<br>Newark, NJ 07105<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,899.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Mayhill Street Realty Co., LLC<br>c/o Winter 19 Management Corp.<br>680 Fifth Ave., 23rd Fl.<br>New York, NY 10019<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** past due rent<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $154,346.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Millenium Packaging Solutions<br>1099 Wall Street West<br>Suite 200<br>Lyndhurst, NJ 07071<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $135.43 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Nantong Rosydream Home Textile Co. Ltd.<br>Bldg. 1, Yinheh Yuayuan, Junta Street<br>Tong Zhou<br>Nantong, CHINA<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $245,122.06 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>NFP Property and Casualty Services<br>707 Westchester Ave.<br>Suite 201<br>White Plains, NY 10604<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,300.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Paragon Group USA<br>100 West Forest Ave., Unit C<br>Englewood, NJ 07631<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** For Noticing Purposes Only<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>PIRS Capital<br>40 Exchange Place<br>New York, NY 10005<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $53,633.70 |

Debtor  Elite Home Products, Inc.
_____
Name

Case number (if known) _____

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263,245.00 |

Quartz Logistics NY Inc.
182-16 149th Road
Suite M
Jamaica, NY 11413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.42 |

Radial
PO Box 204113
Dallas, TX 75320-4114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,179,818.86 |

Ramesh Textiles India Pvt Ltd.
48 Mt Cloth Market
Indore, INDIA
452002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,900.00 |

Sam's Club
702 SW 8th St.
Bentonville, AR 72716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** potential claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $998,663.45 |

Scott Perretz
2 Overhill Lane
New City, NY 10956

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** loans to business

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204,062.50 |

Shaoxing County
Keqiao North Industry Zone
601 # Shuguang Rd, Nanchang Town,
Shaoxing, Zhejiang CHINA
312000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.00 |

SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Elite Home Products, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.00 |
|---|---|---|---|
| | State of Connecticut | ☐ Contingent | |
| | Dept. of Consumer Protection | ☐ Unliquidated | |
| | PO Box 1869 | ☐ Disputed | |
| | Hartford, CT 06144-1869 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $202.58 |
|---|---|---|---|
| | Talay Trailer Sales & Rentals | ☐ Contingent | |
| | 40 Sweeneydale Ave. | ☐ Unliquidated | |
| | Bay Shore, NY 11706 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $597,404.85 |
|---|---|---|---|
| | Texgulf FZE | ☐ Contingent | |
| | Amenity Centre, Tower 2, Unit 3A, 3rd Fl | ☐ Unliquidated | |
| | Al Jazeera/Al Hamra | ☐ Disputed | |
| | Ras Al Khaimah, ARE | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $63,462.00 |
|---|---|---|---|
| | Translink Headquarters | ☐ Contingent | |
| | 15020 Bothell Way N.E. | ☐ Unliquidated | |
| | Suite 100 | ☐ Disputed | |
| | Seattle, WA 98155 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,947.29 |
|---|---|---|---|
| | Transworld Systems, Inc. | ☐ Contingent | |
| | 500 Virginia Dr., Suite 514 | ☐ Unliquidated | |
| | Fort Washington, PA 19034 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Collections SPS Systems | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,468.35 |
|---|---|---|---|
| | U.S. Customs & Border Protection | ☐ Contingent | |
| | PO Box 979126 | ☐ Unliquidated | |
| | Saint Louis, MO 63197-9000 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,544.56 |
|---|---|---|---|
| | Uline | ☐ Contingent | |
| | PO Box 88741 | ☐ Unliquidated | |
| | Chicago, IL 60680-1741 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Elite Home Products, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609,661.86 |
|---|---|---|---|

Valiant Glass Works Pvt. Ltd.
384/MDhabolkar Wadi
5th Floor, Kalbadevi Rd.
Mumbai INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,317.00 |
|---|---|---|---|

Vitality Staffing Solutions, LLC
PO Box 823461
Philadelphia, PA 19182-3461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,182.66 |
|---|---|---|---|

W.B. Mason Co., Inc.
PO Box 111
Brockton, MA 02303-0111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Wells Fargo Bank NA
300 Tri-State International
Ste 400
Lincolnshire, IL 60069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Carol Ann Slocum, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>10000 Lincoln Dr. East, Suite 201<br>Marlton, NJ 08053 | Line 3.13<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Christopher D. Hopkins, Esq.<br>Wilentz Goldman & Spitzer, PA<br>90 Woodbridge Center Dr.<br>Suite 900, Box 10<br>Woodbridge, NJ 07095-0958 | Line 3.16<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Internal Revenue Service<br>Special Procedures<br>955 So. Springfield Avenue<br>Springfield, NJ 07081 | Line 2.1<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ |

Debtor    Elite Home Products, Inc.
    Name

Case number (if known)

**5b. Total claims from Part 2**

5b.  +  $       0.00
               8,487,615.43

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.   $       8,487,615.43

**Fill in this information to identify the case:**

Debtor name          Elite Home Products, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for premises (95 Mayhill St., Saddle Brook, NJ) | |
| | State the term remaining | | Mayhill Street Realty Co., LLC c/o Winter 19 Management Corp. 680 Fifth Ave., 23rd Fl. New York, NY 10019 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for mailstation 2 | |
| | State the term remaining | 2 months | Pitney Bowes PO Box 856460 Louisville, KY 40285-6460 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | $6,134/qtr., lease for equipment, month-to-month | |
| | State the term remaining | | River Capital Finance LLC 619 Linda Street, #100 Rocky River, OH 44116 |
| | List the contract number of any government contract | 1170494 | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Sublease for portion of Unit D at 85 Mayhill Street, Saddle Brook, NJ | |
| | State the term remaining | | The Paige Company 1 Paul Kohner Place Elmwood Park, NJ 07407 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    Elite Home Products, Inc.

First Name            Middle Name            Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease, $772.28/mo., expires 2024 | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Bank, N.A. Equipment & Vendor Finance PO Box 77101 Minneapolis, MN 55480-7101 |
| | List the contract number of any government contract | 301-9677822-006 | |

**Fill in this information to identify the case:**

Debtor name ___Elite Home Products, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Estate of Stanley Srochi | c/o Jonathan Carr<br>Truist Bank<br>303 Peachtree St NE, 31st Fl.<br>Atlanta, GA 30302 | M&T Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Scott Perretz | 2 Overhill Lane<br>New City, NY 10956 | M&T Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name ___Elite Home Products, Inc.___

United States Bankruptcy Court for the:    ___DISTRICT OF NEW JERSEY___

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date: From  1/01/2022 to Filing Date | ■ Operating a business<br>☐ Other _____ | $4,300,000.00 |
| For prior year: From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $33,200,230.39 |
| For year before that: From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | $36,526,750.86 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor      Elite Home Products, Inc.                                    Case number *(if known)*  _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    ****SEE ATTACHED RIDER**** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    Jordan Perretz<br>58 Smithfield Road<br>Waldwick, NJ 07463<br>Principal's son | 4/13/21 -<br>7/30/21 | $110,000.00 | loan repayment and interest |
| 4.2.    Scott Perretz<br>2 Overhill Lane<br>New City, NY 10956<br>Principal | | $270,000.00 | loan repayment and interest |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Elite Home Products, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   GENOVA BURNS LLC<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | Attorney Fees and filing fee | 2/5/2022 | $55,970.00 |
| **Email or website address**<br>dstolz@genovaburns.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Elite Home Products, Inc. | Case number *(if known)* | |

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

<div style="background:black;color:white">**Part 7:**</div> **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |

<div style="background:black;color:white">**Part 8:**</div> **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

<div style="background:black;color:white">**Part 9:**</div> **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| Elite Home Products 401(k) Plan | EIN: 297260 |

Has the plan been terminated?
■ No
☐ Yes

<div style="background:black;color:white">**Part 10:**</div> **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    Elite Home Products, Inc.                                    Case number *(if known)*

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Paragon Group USA 100 West Forest Ave., Unit C Englewood, NJ 07631 | 95 Mayhill Street Saddle Brook, NJ 07663 | We perform storage and fulfillment services for this company. Elite does not own the inventory and it is unrelated to Elite's business. | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Commerce Canal LLC 21 India St. Brooklyn, NY 11222 | 95 Mayhill Street Saddle Brook, NJ 07663 | We perform storage and fulfillmennt services for this company. Elite does not own the inventory and it is unrelated to Elite's business. | $0.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | Elite Home Products, Inc. | Case number *(if known)* | |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Diane Abrams<br>376 Prell Lane<br>Oradell, NJ 07649 | 8/11/11-current |
| 26a.2.    Lori Dondiego<br>3-12-CPAZZ, LLC<br>314 Dartmouth Ct.<br>Paramus, NJ 07652 | 3/12/20-current |
| 26a.3.    Spector, Foo, Weissman, LLP<br>1979 Marcus Ave.<br>Lake Success, NY 11042 | 3/1/17-3/12/20 |
| 26a.4.    Sak LLP<br>389 Interpace Parkway<br>Floor 3<br>Parsippany, NJ 07054 | 3/19/20-current |

| Debtor | Elite Home Products, Inc. | Case number *(if known)* | |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. M&T Bank 1 Light Street, 16th Fl. Baltimore, MD 21202 | 1998-current |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. Sax LLP 389 Interpace Parkway Floor 3 Parsippany, NJ 07054 | 3/19/20-current |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Elite Home Products, Inc. 95 Mayhill Street Saddle Brook, NJ 07663 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. M&T Bank 1 Light Street, 16th Fl. Baltimore, MD 21202 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. M&T Bank | Annual inventories | $4,685,375.93 average cost |

| Name and address of the person who has possession of inventory records |
|---|
| Elite Home Products, Inc. 95 Mayhill Street Saddle Brook, NJ 07663 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Elite Home Products, Inc.                                         Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott R. Peretz | 2 Overhill Lane<br>New City, NY 10956 | President | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stanley Srochi (Deceased) | c/o Jonathan Carr, Truist Bank<br>303 Peachtree St NE, 31st Fl.<br>Atlanta, GA 30302 | (deceased 3/11/21), consultant | 49% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Scott Perretz<br>2 Overhill Lane<br>New City, NY 10956 | $30,000 | | interest on loan (included on insider payments) |
| | **Relationship to debtor**<br>Principal | | | |
| 30.2. | Jordan Perretz<br>58 Smithfield Road<br>Waldwick, NJ 07463 | $10,000 | | interest on loan (included in insider payments) |
| | **Relationship to debtor**<br>Principal's son | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    Elite Home Products, Inc.                                    Case number *(if known)*

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 24, 2022

/s/ Scott R. Perretz                                    Scott R. Perretz
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

RIDER TO SOFA #3-Payments to Creditors 90 days

| Supplier Name | Check # | Method | Check Date | Payment Amount |
|---|---|---|---|---|
| 123 EDI | 30980 | Check | 12/16/2021 | 9,524.51 |
| 123 EDI | 30980 | Check | 12/16/2021 | 1,080 |
| 123 EDI | 31011 | Check | 1/4/2022 | 6,894.39 |
| 123 EDI | 31074 | Check | 2/10/2022 | 5,070.35 |
| ADP, Inc | 2021122 | Wire | 12/31/2021 | 21,602.97 |
| AIR & CARGO | 31024 | Check | 1/10/2022 | 10,350 |
| ALOK INDUSTRIES LIMITED | 20220127alo | Wire | 1/27/2022 | 33,750 |
| AMBROSIA TEXTILES | 20210114amb | Wire | 1/14/2022 | 38,018.82 |
| American Express. | 202112am | ACH | 12/10/2021 | 20,709.92 |
| American Express. | 20220110 | ACH | 1/10/2022 | 20,269.41 |
| Apprise Software Inc. | 30998 | Check | 12/23/2021 | 6,748.05 |
| Apprise Software Inc. | 30981 | Check | 12/16/2021 | 159.13 |
| Apprise Software Inc. | 31025 | Check | 1/13/2022 | 4,060 |
| Apprise Software Inc. | 31038 | Check | 1/20/2022 | 10,808.05 |
| Apprise Software Inc. | 31025 | Check | 1/13/2022 | 159.13 |
| Apprise Software Inc. | 31025 | Check | 1/13/2022 | 112.5 |
| Apprise Software Inc. | 31090 | Check | 2/24/2022 | 2,500 |
| Apprise Software Inc. | 31090 | Check | 2/24/2022 | 10,808.05 |
| Apprise Software Inc. | 31090 | Check | 2/24/2022 | 159.13 |
| ARHAM ENTERPRISES | 20211230ARH | Wire | 12/9/2021 | 48,053.4 |
| ARHAM ENTERPRISES | 20211230ARH | Wire | 12/9/2021 | 45,364 |
| ARHAM ENTERPRISES | 20211230ARH | Wire | 12/9/2021 | 48,610.5 |
| ATRADIUS TRADE CREDIT INSURANCE, INC. | 020222 | Wire | 2/2/2022 | 9,375 |
| B & C INDUSTRIES | 31012 | Check | 1/4/2022 | 3,648 |
| BANK OF AMERICA | 30945 | Check | 12/9/2021 | 6,932 |
| BANK OF AMERICA | z2021122 | Wire | 1/5/2022 | 819.1 |
| BANK OF AMERICA | 2021125 | Wire | 2/2/2022 | 819.1 |
| BEYOND SHIPPING CO., INC. | 123021BEY | Wire | 12/30/2021 | 10,723.42 |
| BEYOND SHIPPING CO., INC. | 010722BEY | Wire | 1/7/2022 | 13,875 |
| BEYOND SHIPPING CO., INC. | 021122A | Wire | 2/11/2022 | 11,725 |
| BEYOND SHIPPING CO., INC. | 021822A | Wire | 2/18/2022 | 13,875 |
| CAPITAL ONE BANK (USA), N.A. | 202112080 | Wire | 12/8/2021 | 6,308.53 |
| CAPITAL ONE BANK (USA), N.A. | 2005556 | Wire | 1/31/2022 | 6,056.1 |
| COMMERCE CANAL LLC | 30999 | Check | 12/23/2021 | 7,661.99 |
| COMMERCE CANAL LLC | 31082 | Check | 2/17/2022 | 6,766.4 |
| Commerce Hub | 31013 | Check | 1/4/2022 | 5,732.32 |
| Commerce Hub | 31041 | Check | 1/20/2022 | 4,069.44 |
| Commerce Hub | 31075 | Check | 2/10/2022 | 2,967.1 |
| Commercial Contracting Corp. | 31000 | Check | 12/23/2021 | 3,459.73 |
| CPA2Z, LLC | 010622CPA | Wire | 1/6/2022 | 1,695.49 |
| CPA2Z, LLC | 010622CPA | Wire | 1/6/2022 | 2,712.78 |
| CPA2Z, LLC | 010622CPA | Wire | 1/6/2022 | 1,582.46 |
| CPA2Z, LLC | 20422 | Wire | 2/4/2022 | 2,524.39 |
| CPA2Z, LLC | 03222 | Wire | 3/3/2022 | 1,865.04 |
| CREATIVE TEXTILE MILLS PVT LTD | 2022-01-27cre | Wire | 1/27/2022 | 17,250 |
| Dafeng Hengfeng Hometextile Co.,LTD | 2022-02 | Wire | 2/17/2022 | 31,386.78 |

| Dafeng Hengfeng Hometextile Co.,LTD | 2021110 | Wire | 1/10/2022 | 59,668.25 |
| Dafeng Hengfeng Hometextile Co.,LTD | 2021110 | Wire | 1/10/2022 | 5,553.71 |
| Dafeng Hengfeng Hometextile Co.,LTD | 2022-02 | Wire | 2/17/2022 | 54,724.33 |
| Dafeng Hengfeng Hometextile Co.,LTD | 2021110 | Wire | 1/10/2022 | 20,889.15 |
| FED EX | 30947 | Check | 12/9/2021 | 2,062.81 |
| FED EX | 30947 | Check | 12/9/2021 | 941.86 |
| FED EX | 30947 | Check | 12/9/2021 | 1,718.8 |
| FED EX | 30947 | Check | 12/9/2021 | 36 |
| FED EX | 30947 | Check | 12/9/2021 | 1,455.22 |
| FED EX | 30947 | Check | 12/9/2021 | 34.5 |
| FED EX | 30947 | Check | 12/9/2021 | 2,596.83 |
| FED EX | 30947 | Check | 12/9/2021 | 1,145.04 |
| FED EX | 30947 | Check | 12/9/2021 | 1,563.22 |
| FED EX | 30947 | Check | 12/9/2021 | 18 |
| FED EX | 30947 | Check | 12/9/2021 | 1,017.41 |
| FED EX | 30947 | Check | 12/9/2021 | 69 |
| FED EX | 30947 | Check | 12/9/2021 | 851.62 |
| FED EX | 30985 | Check | 12/16/2021 | 4,794.91 |
| FED EX | 30985 | Check | 12/16/2021 | 54 |
| FED EX | 30985 | Check | 12/16/2021 | 1,969.23 |
| FED EX | 30985 | Check | 12/16/2021 | 51 |
| FED EX | 30985 | Check | 12/16/2021 | 59.12 |
| FED EX | 30985 | Check | 12/16/2021 | 3,921.04 |
| FED EX | 30985 | Check | 12/16/2021 | 1,102.51 |
| FED EX | 31002 | Check | 12/23/2021 | 2,977.47 |
| FED EX | 31002 | Check | 12/23/2021 | 2,021.18 |
| FED EX | 31002 | Check | 12/23/2021 | 34.5 |
| FED EX | 31002 | Check | 12/23/2021 | 24.97 |
| FED EX | 31002 | Check | 12/23/2021 | 4,687.18 |
| FED EX | 31002 | Check | 12/23/2021 | 59.05 |
| FED EX | 31002 | Check | 12/23/2021 | 1,363.21 |
| FED EX | 31002 | Check | 12/23/2021 | 36 |
| FED EX | 31002 | Check | 12/23/2021 | 2,132.91 |
| FED EX | 31014 | Check | 1/4/2022 | 1,010.19 |
| FED EX | 31014 | Check | 1/4/2022 | 123.77 |
| FED EX | 31014 | Check | 1/4/2022 | 34.5 |
| FED EX | 31014 | Check | 1/4/2022 | 1,765.27 |
| FED EX | 31002 | Check | 12/23/2021 | 18 |
| FED EX | 31014 | Check | 1/4/2022 | 105 |
| FED EX | 31014 | Check | 1/4/2022 | 1,908.92 |
| FED EX | 31014 | Check | 1/4/2022 | 578.44 |
| FED EX | 31014 | Check | 1/4/2022 | 310.41 |
| FED EX | 31014 | Check | 1/4/2022 | 36 |
| FED EX | 31014 | Check | 1/4/2022 | 18 |
| FED EX | 31014 | Check | 1/4/2022 | 36 |
| FED EX | 31014 | Check | 1/4/2022 | 16.5 |
| FED EX | 31014 | Check | 1/4/2022 | 257.2 |
| FED EX | 31014 | Check | 1/4/2022 | 686.86 |

| | | | | |
|---|---|---|---|---|
| FED EX | 31014 | Check | 1/4/2022 | 416.18 |
| FED EX | 31029 | Check | 1/13/2022 | 1,049.91 |
| FED EX | 31029 | Check | 1/13/2022 | 18 |
| FED EX | 31029 | Check | 1/13/2022 | 1,418.32 |
| FED EX | 31029 | Check | 1/13/2022 | 74 |
| FED EX | 31029 | Check | 1/13/2022 | 602.4 |
| FED EX | 31044 | Check | 1/20/2022 | 1,271.5 |
| FED EX | 31044 | Check | 1/20/2022 | 1,559.86 |
| FED EX | 31044 | Check | 1/20/2022 | 37 |
| FED EX | 31059 | Check | 1/27/2022 | 1,045.71 |
| FED EX | 31059 | Check | 1/27/2022 | 1,948.89 |
| FED EX | 31059 | Check | 1/27/2022 | 880.59 |
| FED EX | 31059 | Check | 1/27/2022 | 38 |
| FED EX | 31067 | Check | 2/3/2022 | 720.36 |
| FED EX | 31067 | Check | 2/3/2022 | 673.16 |
| FED EX | 31067 | Check | 2/3/2022 | 478.51 |
| FED EX | 31067 | Check | 2/3/2022 | 528.81 |
| FED EX | 31067 | Check | 2/3/2022 | 38.66 |
| FED EX | 31067 | Check | 2/3/2022 | 95.5 |
| FED EX | 31076 | Check | 2/10/2022 | 232.17 |
| FED EX | 31076 | Check | 2/10/2022 | 224.48 |
| FED EX | 31076 | Check | 2/10/2022 | 554.44 |
| FED EX | 31076 | Check | 2/10/2022 | 18.5 |
| FED EX | 31076 | Check | 2/10/2022 | 466.84 |
| FED EX | 31083 | Check | 2/17/2022 | 691.56 |
| FED EX | 31083 | Check | 2/17/2022 | 978.39 |
| FED EX | 31083 | Check | 2/17/2022 | 19.5 |
| FED EX | 31083 | Check | 2/17/2022 | 18.5 |
| FED EX | 31083 | Check | 2/17/2022 | 561.42 |
| FED EX | 31091 | Check | 2/24/2022 | 300.65 |
| FED EX | 31091 | Check | 2/24/2022 | 220.94 |
| FED EX | 31091 | Check | 2/24/2022 | 56.5 |
| FED EX | 31091 | Check | 2/24/2022 | 538.99 |
| FED EX | 31091 | Check | 2/24/2022 | 64.88 |
| FED EX | 31091 | Check | 2/24/2022 | 356.35 |
| FED EX | 31095 | Check | 3/3/2022 | 647.68 |
| FED EX | 31095 | Check | 3/3/2022 | 102 |
| FED EX | 31095 | Check | 3/3/2022 | 65.16 |
| FED EX | 31095 | Check | 3/3/2022 | 19.5 |
| FED EX | 31095 | Check | 3/3/2022 | 200.64 |
| FED EX | 31095 | Check | 3/3/2022 | 99.44 |
| FEDEX FREIGHT | 30948 | Check | 12/9/2021 | 244 |
| GENOVA BURNS LLC | 2022-01-13 gen | Wire | 1/13/2022 | 10,000 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |

| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 127.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 121.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 127.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 186.16 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 1,024.21 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 724.64 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 1,982 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 1,206.4 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 1,022.21 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 1,734.7 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 1,044.73 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 262 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 125.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 129.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 127.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 123.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 129.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 127.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 123.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 129.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 154.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |

| | | | | |
|---|---|---|---|---|
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 119.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 129.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 117.5 |
| Geodis USA, Inc | 011822GEO | Wire | 1/18/2022 | 123.5 |
| Giant Packaging Inc. | 30949 | Check | 12/9/2021 | 4,860 |
| Giant Packaging Inc. | 30986 | Check | 12/16/2021 | 2,560 |
| Giant Packaging Inc. | 31003 | Check | 12/23/2021 | 2,400 |
| Giant Packaging Inc. | 31030 | Check | 1/13/2022 | 2,400 |
| Giant Packaging Inc. | 31045 | Check | 1/20/2022 | 2,700 |
| GLOBE COTYARN PVT LTD | 20220204glb | Wire | 1/3/2022 | 165,561.8 |
| INTEGRATED TEXTILE GROUP | 20211217ITG | Wire | 12/17/2021 | 117,713.1 |
| INTEGRATED TEXTILE GROUP | 20211217ITG | Wire | 12/17/2021 | 60,516 |
| INTEGRATED TEXTILE GROUP | 20211223itg | Wire | 12/23/2021 | 61,498.26 |
| INTEGRATED TEXTILE GROUP | 20211217ITG | Wire | 12/17/2021 | 88,773.22 |
| INTEGRATED TEXTILE GROUP | 20211223itg | Wire | 12/23/2021 | 66,477.1 |
| INTEGRATED TEXTILE GROUP | 20211217ITG | Wire | 12/17/2021 | 62,091.33 |
| INTEGRATED TEXTILE GROUP | 20211217ITG | Wire | 12/17/2021 | 65,245.35 |
| INTEGRATED TEXTILE GROUP | 20211223itg | Wire | 12/23/2021 | 32,972.36 |
| INTEGRATED TEXTILE GROUP | 20211230ITG2 | Wire | 12/9/2021 | 54,134.88 |
| INTEGRATED TEXTILE GROUP | 20211230ITG3 | Wire | 12/14/2021 | 60,000.08 |
| INTEGRATED TEXTILE GROUP | 20211230ITG3 | Wire | 12/14/2021 | 59,768.92 |
| INTEGRATED TEXTILE GROUP | 20211230ITG4 | Wire | 12/23/2021 | 88,664.16 |
| INTEGRATED TEXTILE GROUP | 20211230ITG2 | Wire | 12/9/2021 | 66,425.68 |
| INTEGRATED TEXTILE GROUP | 20211230ITG | Wire | 12/30/2021 | 47,930.31 |
| INTEGRATED TEXTILE GROUP | 20211231 | Wire | 12/31/2021 | 101,696.26 |
| INTEGRATED TEXTILE GROUP | 20220204itg3 | Wire | 1/6/2022 | 47,288.75 |
| INTEGRATED TEXTILE GROUP | 20220204itg2 | Wire | 1/4/2022 | 41,934.14 |
| INTEGRATED TEXTILE GROUP | 20220204itg2 | Wire | 1/4/2022 | 37,631.83 |
| INTEGRATED TEXTILE GROUP | 20220204itg5 | Wire | 1/18/2022 | 75,208.81 |
| INTEGRATED TEXTILE GROUP | 20220204itg3 | Wire | 1/6/2022 | 30,777.18 |
| INTEGRATED TEXTILE GROUP | 20220204itg2 | Wire | 1/4/2022 | 45,507.91 |
| INTEGRATED TEXTILE GROUP | 20220204itg4 | Wire | 1/3/2022 | 28,206.3 |
| INTEGRATED TEXTILE GROUP | 20220204itg3 | Wire | 1/6/2022 | 47,299.8 |
| INTEGRATED TEXTILE GROUP | 20220204itg | Wire | 1/24/2022 | 56,003.18 |
| INTEGRATED TEXTILE GROUP | 20220204itg6 | Wire | 1/19/2022 | 59,394.69 |
| INTEGRATED TEXTILE GROUP | 2022-01-24usc | Wire | 1/24/2022 | 16,166.4 |
| INTEGRATED TEXTILE GROUP | 2022-01-24usc | Wire | 1/24/2022 | 16,402.4 |
| INTEGRATED TEXTILE GROUP | 2022-01-24usc | Wire | 1/24/2022 | 16,097.28 |
| INTEGRATED TEXTILE GROUP | 2022-01-24usc | Wire | 1/24/2022 | 15,661.2 |
| M&T Bank | 202122222 | Wire | 12/10/2021 | 15,837.27 |
| M&T Bank | 2022010110 | Wire | 1/10/2022 | 16,073 |
| NANTONG ROSYDREAM HOME TEXTILE CO, | 2021122 | Check | 1/31/2022 | 15,000 |
| New York Life Insurance Company | 2021120 | Wire | 12/31/2021 | 12,525 |
| New York Life Insurance Company | 202222115 | Wire | 1/31/2022 | 2,305 |
| PSE&G Co. | 30954 | Check | 12/9/2021 | 890.02 |
| PSE&G Co. | 30954 | Check | 12/9/2021 | 816.57 |

| | | | | |
|---|---|---|---|---|
| PSE&G Co. | 31017 | Check | 1/4/2022 | 1,400.34 |
| PSE&G Co. | 31017 | Check | 1/4/2022 | 3,182 |
| PSE&G Co. | 31070 | Check | 2/3/2022 | 6,769.8 |
| PSE&G Co. | 31070 | Check | 2/3/2022 | 1,964.75 |
| PSE&G Co. | 31097 | Check | 3/3/2022 | 2,387.48 |
| PSE&G Co. | 31097 | Check | 3/3/2022 | 2,362.91 |
| QUARTZ LOGISTICS NY INC | 021822 | Wire | 2/18/2022 | 15,000 |
| QUARTZ LOGISTICS NY INC | 120321QUA | Wire | 12/10/2021 | 13,500 |
| QUARTZ LOGISTICS NY INC | 120321QUA | Wire | 12/10/2021 | 29,000 |
| QUARTZ LOGISTICS NY INC | 121021QUA | Wire | 12/10/2021 | 11,650 |
| QUARTZ LOGISTICS NY INC | 121021QUA | Wire | 12/10/2021 | 11,650 |
| QUARTZ LOGISTICS NY INC | 121021QUA | Wire | 12/10/2021 | 11,650 |
| QUARTZ LOGISTICS NY INC | 121021QUA | Wire | 12/10/2021 | 11,650 |
| QUARTZ LOGISTICS NY INC | 121721QUA | Wire | 12/17/2021 | 15,000 |
| QUARTZ LOGISTICS NY INC | 121721QUA | Wire | 12/17/2021 | 29,000 |
| QUARTZ LOGISTICS NY INC | 121721QUA | Wire | 12/17/2021 | 15,000 |
| QUARTZ LOGISTICS NY INC | 122321QUA | Wire | 12/23/2021 | 615 |
| QUARTZ LOGISTICS NY INC | 122321QUA | Wire | 12/23/2021 | 12,000 |
| QUARTZ LOGISTICS NY INC | 122321QUA | Wire | 12/23/2021 | 12,150 |
| QUARTZ LOGISTICS NY INC | 122321QUA | Wire | 12/23/2021 | 12,150 |
| QUARTZ LOGISTICS NY INC | 122321QUA | Wire | 12/23/2021 | 13,500 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 16,000 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 12,000 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 12,000 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 685 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 615 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 720 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 755 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 558.42 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 68.42 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 1,060 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 1,945 |
| QUARTZ LOGISTICS NY INC | 123021QUA | Wire | 12/30/2021 | 68.42 |
| QUARTZ LOGISTICS NY INC | 010722QUA | Wire | 1/7/2022 | 30,000 |
| QUARTZ LOGISTICS NY INC | 010722QUA | Wire | 1/7/2022 | 15,000 |
| QUARTZ LOGISTICS NY INC | 012122QUA | Wire | 1/21/2022 | 30,000 |
| QUARTZ LOGISTICS NY INC | 011422QUA | Wire | 1/14/2022 | 30,000 |
| QUARTZ LOGISTICS NY INC | 021122 | Wire | 2/11/2022 | 30,000 |
| QUARTZ LOGISTICS NY INC | 020722 | Wire | 2/7/2022 | 30,000 |
| QUARTZ LOGISTICS NY INC | 012822QUA | Wire | 1/28/2022 | 30,000 |
| RIVER CAPITAL FINANCE LLC | 10322 | Wire | 1/3/2022 | 6,134.15 |
| SCOTT PERRETZ | 30955 | Check | 12/9/2021 | 15,000 |
| SCOTT PERRETZ | 30997 | Check | 12/16/2021 | 15,000 |
| SSJ INTERNATIONAL | 20220204ssj | Wire | 1/5/2022 | 127,548 |
| SYSTEM ONE | 120921 | Check | 12/9/2021 | 4,541.15 |
| SYSTEM ONE | 1217212 | Wire | 12/17/2021 | 2,983.08 |
| SYSTEM ONE | 1223211 | Check | 12/23/2021 | 2,789.07 |
| SYSTEM ONE | 123021SYS | Wire | 12/30/2021 | 1,873.4 |

| | | | | |
|---|---|---|---|---|
| SYSTEM ONE | 010622 | Wire | 1/27/2022 | 468.36 |
| The Hartford | 30957 | Check | 12/9/2021 | 7,489.25 |
| The Hartford | 31033 | Check | 1/13/2022 | 251 |
| The Hartford | 31079 | Check | 2/10/2022 | 7,236.55 |
| The Hartford | 31079 | Check | 2/10/2022 | 1,407.01 |
| The Hartford | 31098 | Check | 3/3/2022 | 6,015 |
| Toyota Financail Services | 2022222 | Wire | 2/2/2022 | 830.16 |
| Translink Shipping Inc. - NY | 121721TRA | Wire | 12/17/2021 | 11,000 |
| Translink Shipping Inc. - NY | 012622TRA | Wire | 1/26/2022 | 156.46 |
| Translink Shipping Inc. - NY | 012622TRA | Wire | 1/26/2022 | 10,000 |
| Translink Shipping Inc. - NY | 012622TRA | Wire | 1/26/2022 | 13,500 |
| Translink Shipping Inc. - NY | 012622TRA | Wire | 1/26/2022 | 13,500 |
| U.S. CUSTOMS & BORDER PROTECTION | 2022-01-21 usc | Wire | 1/21/2022 | 4,965.77 |
| U.S. CUSTOMS & BORDER PROTECTION | clear 2021-12 | Wire | 12/31/2021 | 213.83 |
| U.S. CUSTOMS & BORDER PROTECTION | clear 2021-12 | Wire | 12/31/2021 | 1,482.36 |
| U.S. CUSTOMS & BORDER PROTECTION | clear 2021-12 | Wire | 12/31/2021 | 1,482.36 |
| U.S. CUSTOMS & BORDER PROTECTION | clear 2021-12 | Wire | 12/31/2021 | 100.44 |
| U.S. CUSTOMS & BORDER PROTECTION | clear 2021-12 | Wire | 12/31/2021 | 4,332.74 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-09 | Wire | 12/9/2021 | 11,003.29 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-08 | Wire | 12/8/2021 | 9,054.29 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-13 | Wire | 12/13/2021 | 16,463.26 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-14 | Wire | 12/14/2021 | 5,198.21 |
| U.S. CUSTOMS & BORDER PROTECTION | clear 2021-12 | Wire | 12/31/2021 | 8,804.51 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-30u | Wire | 12/30/2021 | 6,426.59 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-27 | Wire | 12/27/2021 | 7,122.84 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-30 | Wire | 12/30/2021 | 7,095.42 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-21 | Wire | 12/21/2021 | 10,672.24 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-21 | Wire | 12/21/2021 | 5,427.25 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-27u | Wire | 12/27/2021 | 11,141.88 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-24 | Wire | 12/24/2021 | 7,364.54 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-30u | Wire | 12/30/2021 | 1,572.56 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-30u | Wire | 12/30/2021 | 1,488.75 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-24 | Wire | 12/24/2021 | 1,712.07 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-30u | Wire | 12/30/2021 | 1,451.87 |
| U.S. CUSTOMS & BORDER PROTECTION | 20220105 | Wire | 1/5/2022 | 1,578.24 |
| U.S. CUSTOMS & BORDER PROTECTION | 2021-12-30u | Wire | 12/30/2021 | 8,815.66 |
| U.S. CUSTOMS & BORDER PROTECTION | 20220106 | Wire | 1/6/2022 | 7,052.31 |
| U.S. CUSTOMS & BORDER PROTECTION | clear 2021-12 | Wire | 12/31/2021 | 9,505.53 |
| U.S. CUSTOMS & BORDER PROTECTION | clear 2021-12 | Wire | 12/31/2021 | -25,921.77 |
| U.S. CUSTOMS & BORDER PROTECTION | 202201055 | Wire | 1/25/2022 | 6,742.45 |
| U.S. CUSTOMS & BORDER PROTECTION | 2022-01-21 usc | Wire | 1/21/2022 | 5,120.46 |
| U.S. CUSTOMS & BORDER PROTECTION | 202201126 | Wire | 1/26/2022 | 11,435.43 |
| U.S. CUSTOMS & BORDER PROTECTION | 20220127 | Wire | 1/27/2022 | 9,155.87 |
| U.S. CUSTOMS & BORDER PROTECTION | 202200203 | Wire | 2/3/2022 | 4,084.54 |
| U.S. CUSTOMS & BORDER PROTECTION | 202200203 | Wire | 2/3/2022 | 5,974.48 |
| U.S. CUSTOMS & BORDER PROTECTION | 202119 | Wire | 1/19/2022 | 3,817.66 |
| U.S. CUSTOMS & BORDER PROTECTION | 202202004 | Wire | 2/4/2022 | 5,927.59 |
| U.S. CUSTOMS & BORDER PROTECTION | 20220208 | Wire | 2/8/2022 | 6,648.33 |

| | | | | |
|---|---|---|---|---|
| U.S. CUSTOMS & BORDER PROTECTION | 20220218 | Wire | 2/18/2022 | 7,882.54 |
| U.S. CUSTOMS & BORDER PROTECTION | 20220208 | Wire | 2/8/2022 | 2,145.46 |
| U.S. CUSTOMS & BORDER PROTECTION | 20220208 | Wire | 2/8/2022 | 2,176.78 |
| U.S. CUSTOMS & BORDER PROTECTION | 20220208 | Wire | 2/8/2022 | 2,136.3 |
| U.S. CUSTOMS & BORDER PROTECTION | 20220216 | Wire | 2/16/2022 | 2,078.44 |
| VALIANT GLASS WORKS PVT. LTD. | 2022-01 | Wire | 1/20/2022 | 23,602.5 |
| VALIANT GLASS WORKS PVT. LTD. | 2022-01 | Wire | 1/20/2022 | 397.5 |
| Vitality Staffing Solutions, LLC | 120921 | Wire | 12/9/2021 | 22,370.36 |
| Vitality Staffing Solutions, LLC | 121721 | Wire | 12/17/2021 | 30,287.52 |
| Vitality Staffing Solutions, LLC | 122321 | Wire | 12/23/2021 | 27,831.18 |
| Vitality Staffing Solutions, LLC | 123021VIT | Wire | 12/30/2021 | 29,144.79 |
| Vitality Staffing Solutions, LLC | 011822 | Wire | 1/27/2022 | 16,911.74 |
| Vitality Staffing Solutions, LLC | 10623 | Check | 1/6/2022 | 21,467.05 |
| Vitality Staffing Solutions, LLC | 12522 | Check | 1/25/2022 | 23,379.78 |
| Vitality Staffing Solutions, LLC | 2021123 | Check | 2/1/2022 | 18,903.62 |
| Vitality Staffing Solutions, LLC | 020922 | Wire | 2/9/2022 | 20,177.72 |
| W.B. MASON COMPANY, INC. | 30959 | Check | 12/9/2021 | 263.9 |
| W.B. MASON COMPANY, INC. | 30959 | Check | 12/9/2021 | 262.69 |
| W.B. MASON COMPANY, INC. | 31009 | Check | 12/23/2021 | 139.77 |
| W.B. MASON COMPANY, INC. | 31009 | Check | 12/23/2021 | 21.69 |
| W.B. MASON COMPANY, INC. | 31023 | Check | 1/4/2022 | 7.23 |
| W.B. MASON COMPANY, INC. | 31037 | Check | 1/13/2022 | 5,226.66 |
| W.B. MASON COMPANY, INC. | 31023 | Check | 1/4/2022 | 468.97 |
| W.B. MASON COMPANY, INC. | 31037 | Check | 1/13/2022 | 496.24 |
| W.B. MASON COMPANY, INC. | 31087 | Check | 2/17/2022 | 188.49 |
| W.B. MASON COMPANY, INC. | 31053 | Check | 1/20/2022 | 2,880.92 |
| W.B. MASON COMPANY, INC. | 31053 | Check | 1/20/2022 | -178.04 |
| W.B. MASON COMPANY, INC. | 31087 | Check | 2/17/2022 | 123.66 |
| W.B. MASON COMPANY, INC. | 31087 | Check | 2/17/2022 | 120.04 |
| W.B. MASON COMPANY, INC. | 31087 | Check | 2/17/2022 | 113.39 |
| WASTE MANAGEMENT | 30960 | Check | 12/9/2021 | 953.86 |
| WASTE MANAGEMENT | 31088 | Check | 2/17/2022 | 924.14 |
| Winne Banta Basralian & Kahn, P.C. | 30996 | Check | 12/16/2021 | 3,271.3 |
| Winne Banta Basralian & Kahn, P.C. | 31055 | Check | 1/20/2022 | 2,375.9 |
| Winne Banta Basralian & Kahn, P.C. | 31072 | Check | 2/3/2022 | 9,671.75 |
| Winter Management Inc. | 20211210 | ACH | 12/13/2021 | 50,000 |
| Winter Management Inc. | 20211202 | ACH | 12/21/2021 | 54,989 |
| Winter Management Inc. | 011422 | Wire | 1/14/2022 | 97,114.49 |
| Yong Yan | 202101209 | Wire | 12/9/2021 | 3,250 |
| Yong Yan | 10622 | Wire | 1/6/2022 | 3,250 |
| Yong Yan | 20922 | Wire | 2/9/2022 | 1,600 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    Elite Home Products, Inc.                                    Case No.
                                    Debtor(s)                    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................    $           54,232.00

     Prior to the filing of this statement I have received ..............................    $           54,232.00

     Balance Due ...........................................................................................    $                0.00

2.   $   1,738.00    of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        □ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
             Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
             adversary proceeding.

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

March 24, 2022                                    /s/ Daniel M. Stolz
*Date*                                           Daniel M. Stolz
                                                 *Signature of Attorney*
                                                 GENOVA BURNS LLC
                                                 110 Allen Road
                                                 Suite 304
                                                 Basking Ridge, NJ 07920
                                                 (973) 467-2700   Fax: (973) 467-8126
                                                 dstolz@genovaburns.com
                                                 *Name of law firm*

---

# United States Bankruptcy Court
### District of New Jersey

In re   Elite Home Products, Inc.                                          Case No. _____
                                             Debtor(s)          Chapter      11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Scott Perretz<br>2 Overhill Lane<br>New City, NY 10956 | | 1263 | Capital Stock |
| Srochi Holdings LLC<br>c/o Jonathan Carr<br>Truist Bank<br>303 Peachtree St. NE, 31st Fl.<br>Atlanta, GA 30302 | | 1237 | Capital Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March 24, 2022                              Signature   /s/ Scott R. Perretz
                                                               Scott R. Perretz

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re   Elite Home Products, Inc. _____   Case No. _____
                                    Debtor(s)          Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   March 24, 2022 _____        /s/ Scott R. Perretz _____
                                          Scott R. Perretz/President
                                          Signer/Title

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Alok Industries Limited
Pennisula Bls. Pkl, Tower B
Lower Parel
Mumbai, INDIA
400013

Ambrosia Textiles
5, Sector 25 Part-2
Hunda
Panipat INDIA
132103

Apprise Software, Inc.
PO Box 743722
Atlanta, GA 30374-3722

Bell Container Corp.
615 Ferry St
PO Box 5728
Newark, NJ 07105

Beyond Shipping Co., Inc.
10 Cutter Mill Road
Suite 201
Great Neck, NY 11021

Carol Ann Slocum, Esq.
Klehr Harrison Harvey Branzburg LLP
10000 Lincoln Dr. East, Suite 201
Marlton, NJ 08053

Christopher D. Hopkins, Esq.
Wilentz Goldman & Spitzer, PA
90 Woodbridge Center Dr.
Suite 900, Box 10
Woodbridge, NJ 07095-0958

Commerce Canal LLC
21 India St.
Brooklyn, NY 11222

Creative Textile Mills Pvt Ltd
203 Cama Industrial Estate
Sun Mill Compound, Lower Parel (W)
Mumbai, INDIA
400013

Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423


Estate of Stanley Srochi
c/o Jonathan Carr
Truist Bank
303 Peachtree St NE, 31st Fl.
Atlanta, GA 30302


Geodis USA, Inc.
62216 Collections Center Drive
Chicago, IL 60693


Giant Packaging, Inc.
11 West Passaic St.
Rochelle Park, NJ 07662


Heritage Pest Control, Inc.
210 W. Parkway, Unit 6
Pompton Plains, NJ 07444


Homespun Global LLC
4000 Bordentown Ave
Sayreville, NJ 08872


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Special Procedures
955 So. Springfield Avenue
Springfield, NJ 07081


M&T Bank
1 Light Street
26th Floor
Baltimore, MD 21202


M&T Bank
Park 80 West Plaza II
Saddle Brook, NJ 07663

Macy's
7 West Seventh St.
Cincinnati, OH 45202


Marine Container Service
414 Avenue P
Newark, NJ 07105


Mayhill Street Realty Co., LLC
c/o Winter 19 Management Corp.
680 Fifth Ave., 23rd Fl.
New York, NY 10019


Millenium Packaging Solutions
1099 Wall Street West
Suite 200
Lyndhurst, NJ 07071


Nantong Rosydream Home Textile Co. Ltd.
Bldg. 1, Yinheh Yuayuan, Junta Street
Tong Zhou
Nantong, CHINA


NFP Property and Casualty Services
707 Westchester Ave.
Suite 201
White Plains, NY 10604


Paragon Group USA
100 West Forest Ave., Unit C
Englewood, NJ 07631


PIRS Capital
40 Exchange Place
New York, NY 10005


Pitney Bowes
PO Box 856460
Louisville, KY 40285-6460


Quartz Logistics NY Inc.
182-16 149th Road
Suite M
Jamaica, NY 11413

Radial
PO Box 204113
Dallas, TX 75320-4114


Ramesh Textiles India Pvt Ltd.
48 Mt Cloth Market
Indore, INDIA
452002


River Capital Finance LLC
619 Linda Street, #100
Rocky River, OH 44116


Sam's Club
702 SW 8th St.
Bentonville, AR 72716


Scott Perretz
2 Overhill Lane
New City, NY 10956


Shaoxing County
Keqiao North Industry Zone
601 # Shuguang Rd, Nanchang Town,
Shaoxing, Zhejiang CHINA
312000


SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782


Srochi Holdings LLC
c/o Jonathan Carr
Truist Bank
303 Peachtree St. NE, 31st Fl.
Atlanta, GA 30302


State of Connecticut
Dept. of Consumer Protection
PO Box 1869
Hartford, CT 06144-1869


State of New Jersey
Division of Taxation
CN 249
Trenton, NJ 08625

Talay Trailer Sales & Rentals
40 Sweeneydale Ave.
Bay Shore, NY 11706


Texgulf FZE
Amenity Centre, Tower 2, Unit 3A, 3rd Fl
Al Jazeera/Al Hamra
Ras Al Khaimah, ARE


The Paige Company
1 Paul Kohner Place
Elmwood Park, NJ 07407


Translink Headquarters
15020 Bothell Way N.E.
Suite 100
Seattle, WA 98155


Transworld Systems, Inc.
500 Virginia Dr., Suite 514
Fort Washington, PA 19034


U.S. Customs & Border Protection
PO Box 979126
Saint Louis, MO 63197-9000


Uline
PO Box 88741
Chicago, IL 60680-1741


Valiant Glass Works Pvt. Ltd.
384/MDhabolkar Wadi
5th Floor, Kalbadevi Rd.
Mumbai INDIA


Vitality Staffing Solutions, LLC
PO Box 823461
Philadelphia, PA 19182-3461


W.B. Mason Co., Inc.
PO Box 111
Brockton, MA 02303-0111

```
Wells Fargo Bank NA
300 Tri-State International
Ste 400
Lincolnshire, IL 60069


Wells Fargo Bank, N.A.
Equipment & Vendor Finance
PO Box 77101
Minneapolis, MN 55480-7101
```

# United States Bankruptcy Court
### District of New Jersey

In re    Elite Home Products, Inc.                        Case No. _____

                                     Debtor(s)       Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Elite Home Products, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 24, 2022
_____
Date

/s/ Daniel M. Stolz
_____
Daniel M. Stolz
Signature of Attorney or Litigant
Counsel for    Elite Home Products, Inc.
GENOVA BURNS LLC
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
dstolz@genovaburns.com