**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GENOVA BURNS, LLC**
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
*Proposed Counsel for Elite Home Products, Inc.,*
*Debtor-in-Possession*
**DANIEL M. STOLZ, ESQ.**
**GREGORY KINOIAN, ESQ.**
**SCOTT S. REVER, ESQ.**

In Re:

**ELITE HOME PRODUCTS, INC.,**

Debtor-in-Possession.

Chapter 11

Case No. 22-12353 SLM

Hearing Date:

Honorable Stacey L. Meisel

## ORDER AUTHORIZING THE DEBTOR TO MAINTAIN EXISTING CASH MANAGEMENT SYSTEM

The relief set forth on the following pages is hereby **ORDERED.**

**(Page** 2**)**

| | |
|---|---|
| Debtor: | Elite Home Products, Inc. |
| Case No.: | 22-12353 SLM |
| Caption: | Order Authorizing Continued Use Of Cash Management System |

Upon the motion (the "Motion")[1] of the Debtor, by and through its counsel, Genova Burns, LLC, seeking entry of an order authorizing continued use of their cash management system; and it appearing that the Court has jurisdiction to consider this Motion; and it appearing that the relief requested in the best interest of the Debtor, its estate and creditors; and it appearing that due notice of the Motion has been given and no further notice need to be given; and upon the proceedings before the Court; and good and sufficient cause appearing;

**IT IS HEREBY ORDERED THAT:**

1.      The Debtor is authorized, in the reasonable exercise of its business judgment and subject to the terms of this Order, to continue to administer their Accounts as such prepetition operating accounts were maintained prepetition, without interruption and in the usual and ordinary course of the Debtor's Cash Management System.

2.      The Debtors are authorized to request the Banks, and the Banks are authorized and directed to accept and honor all representations from the Debtors, as to which checks, drafts, wires, ACH transfers, or other transfers should be honored or dishonored whether the Banks believe the payment is or is not consistent with the order(s) of this Court and governing law, and whether such checks, drafts, wires or ACH transfers are dated or made prior to, or on subsequent to the Petition Date.  The Banks have no duty to inquire as to whether such payments are authorized by an order of this Court.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**(Page** 3**)**

Debtor:       Elite Home Products, Inc.

Case No.:     22-12353 SLM

Caption:     Order Authorizing Continued Use Of Cash Management System

---

3.      The Banks will not be liable to any party on account of (a) following the Debtor's instructions or representations as to any check or other item that may be honored or as to any order of this Court, (b) the honoring of any prepetition check or item in a good faith belief that the Court has authorized such prepetition check or item to be honored, or (c) an innocent mistake made despite implementation of reasonable item handling procedures.

4.      The Debtor shall serve a copy of this Order on the Banks whose Accounts are listed in the Motion within three (3) business days of the entry of this Order.

6.      The Office of the U.S. Trustee shall have 60 days to review and raise any issue with the Accounts and/or the Debtor's Cash Management System.

7.      If the Debtors open any new accounts, such accounts shall be designated debtor-in-possession accounts and shall be opened with a bank or financial institution that has or will execute a depository agreement in a form acceptable to the U.S. Trustee.