UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Peter J. D'Auria Esq.
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Peter.J.D'Auria@usdoj.gov
           Fran.B.Steele@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Elite Home Products, Inc. fdba Elite Home Distribution, | : | Case No. 22-12353 (SLM) |
| | : | |
| | : | The Honorable Stacey L. Meisel |
| Debtor. | : | |
| | : | |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints effective April 8, 2022, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| **Creditors Adjustment Bureau** | **Ramesh Textiles India Pvt. LTD** | **Mayhill Street Realty Co. LLC** |
|---|---|---|
| 4340 Fulton Ave., Third Floor | 48 MT Cloth Market | The Winter Organization |
| Sherman Oaks, CA 91423 | Indore, India 452002 | 680 Fifth Avenue |
| Attn: Brian Mitteldorf | Attn:  Rohan Samria | 23rd. Floor |
| Phone: (818) 990-4800 | Phone: +91-8754724212 | New York, NY 10019 |
| | | Attn: James Winter |
| | | Phone: (212) 616-8900 |

Case 22-12353-SLM    Doc 52    Filed 04/08/22    Entered 04/08/22 17:31:10    Desc Main
Document      Page 2 of 2

Page 2
**Elite Home Products, Inc. fdba Elite Home Distribution**
**Appointment of Official Committee of Unsecured Creditors**

          ANDREW R. VARA
          UNITED STATES TRUSTEE
          REGIONS 3 & 9

          */s/ Martha R. Hildebrandt*
          Martha R. Hildebrandt
          Assistant United States Trustee

          Peter J. D'Auria
          Trial Attorney

          Fran B. Steele
          Trial Attorney

Date: April 8, 2022